# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2010

Marilyn Kelly,
Chief Justice

139519

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 139519
COA: 292395
Manistee CC: 06-003653-FH

LONNIE ROBERTS RATLIFF,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010

_____
Clerk

y0519